IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
NEWNAN DIVISION

| | |
|---|---|
| ITC BROADBAND HOLDINGS, LLC )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>)<br>)<br>NEO FIBER, INC. d/b/a NEO Connect )<br>)<br>)<br>Defendant. )<br>) | Civil Case No. _____ |

**NOTICE OF REMOVAL TO THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF GEORGIA**

TO: THE ABOVE-NAMED PLAINTIFF AND ITS COUNSEL:

Pursuant to 28 U.S.C. §§ 1332, 1441, and 1446, PLEASE TAKE NOTICE, Defendant NEO Fiber, Inc. d/b/a NEO Connect ("Defendant" or "NEO Fiber, Inc."), by and through its attorney, Joseph C. Sharp of Polsinelli, P.C., hereby files its Notice of Removal, removes this action from the Superior Court of Troup County, Georgia and shows the Court as follows:

1. Plaintiff filed a complaint against Defendant for declaratory judgment (the "Georgia Complaint") in the Superior Court of Troup County, Georgia on June 27, 2022 representing it is a Delaware Limited Liability Company and seeking to avoid

1

enforcement of a contract which was entered into by its affiliate ITC Capital Partners, LLC, a Delaware LLC (the "Contract").  The Contract expressly identifies ITC Capital Partners, LLC as both "Buyer" and "Client" and then expressly defined those terms as any potential, prospective, and or/or actual purchaser, investor, and or assignee of the Client (and all affiliates and/or successors of same).

2. The Contract states that jurisdiction and venue shall be solely in Colorado and that any suit or legal proceeding arising out of or relating to the Contract may only be brought in a court in the State of Colorado.

3.  Defendant NEO Fiber, Inc., is a Colorado Corporation.

4. Plaintiff's Georgia Complaint seeks to avoid a Colorado lawsuit previously filed by Defendant on April 27, 2022 and served on June 7, 2022.  In the Colorado action, Defendant asserts claims which could result in damages in excess of $5 million in fees or more awarded against Plaintiff as outlined in Exhibit B appended to and included by reference in Plaintiff's Georgia Complaint.

5. As noted in the Colorado action, all of the activities performed under the Contract were substantially performed in Colorado.

6.  In addition to the Contract, the Colorado action is also based on another contract to which Defendant is a party and which also requires that all disputes related thereto be brought in Colorado.

7. Notwithstanding its filing of the Georgia Complaint arguing no contract exists, Plaintiff has filed a partial motion to dismiss claims in the Colorado action wherein it argues that because of the contracts with Defendant, it cannot be liable for certain tort claims. The relevant Colorado pleadings are attached as **Exhibit 1** and include:

   a. NEO Fiber, Inc.'s Verified Complaint

   b. Summons to ITC Broadband Holdings

   c. Summons to ITC Capital Partners

   d. A civil cover sheet stating the amount in controversy in the Colorado case exceeds $100,000.00.

   e. A delay reduction order and order to set a Case Management Order

   f. Returns of service showing that service was completed on ITC Broadband Holdings, LLC prior to the filing of the Georgia complaint

   g. Entry of Appearance

   h. A Motion For Admission Pro Hac Vici of David P. Whittlesey. (Mr. Whittlesey also signed the Georgia Complaint)

   i. An Order granting the Motion For Admission Pro Hac Vici of David P. Whittlesey.

   j. Defendants' Motion for Partial Dismissal

8. Attached as Exhibit 2 are copies of all process, pleadings, and orders in the case filed by Plaintiff in the Superior Court of Troup County, Georgia which have been served upon Defendant. **Exhibit 2** is comprised of the following:

   a. Summons and Complaint received by Defendant on June 28, 2022 via overnight mail and hand delivered to Defendant's registered agent on July 7, 2022.

9. As shown in Plaintiff's Complaint and the Colorado action, this action is an action between citizens of different states. Plaintiff is a Delaware Limited Liability Company with its principal place of business in Georgia. On information and belief, none of Plaintiff's members are citizens of Colorado. Defendant is a Colorado corporation with its principal place of business in Colorado.

10. The amount in controversy in this action exceeds $75,000. In its Complaint, Plaintiff concedes that Defendant has demanded and seeks over $5,000,000, and Defendant is seeking more than $75,000 in the Colorado action.

11. This Court therefore has original jurisdiction over Plaintiffs' claims under 28 U.S.C. § 1332(a) because this is a civil action between citizens of different states and Plaintiffs allege the amount in controversy exceeds the sum or value of $75,000.

12. Defendant certifies that neither a trial nor any hearings in this matter have been set in the Superior Court of Troup County, Georgia.

13. Consistent with 28 U.S.C. §1446(b), this Notice of Removal to the United States District Court is filed within 30 days of service of the Complaint on Defendant.

14. Consistent with 28 U.S.C. §1446(d), Defendant has served copies of this Notice of Removal to the United States District Court for the Northern District of Georgia on all parties to this case.

15. A copy of the Notice of Filing of Notice of Removal to the United States District Court is being filed with the Superior Court of Troup County, Georgia and a copy of that notice is attached hereto as **Exhibit 3**.

WHEREFORE, Defendant NEO Fiber, Inc. d/b/a NEO Connect hereby removes this case to the United States District Court for the Northern District of Georgia, and requests this Court take jurisdiction over this case and enter such further orders as may be necessary and proper for the continuation of this action, and Defendant be afforded such further relief as this Court deems just and proper.

Respectfully submitted this 20th day of July, 2022.

**POLSINELLI, P.C.**

By: */s/ Joseph C. Sharp*
    Joseph C. Sharp
    Georgia Bar No. 637965
    1201 W. Peachtree St., NW
    Suite 1100
    Atlanta, Georgia 30309
    Phone: (404) 253-6000
    jsharp@polsinelli.com

    *Attorney for Defendant, NEO Fiber, Inc. d/b/a NEO Connect*

## CERTIFICATE OF SERVICE

I hereby certify that on July 20, 2022, the foregoing **NOTICE OF REMOVAL TO THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF GEORGIA** was filed with the Court using the CM/ECF system and also served via email.

> Richard G. Tisinger, Jr.
> Georgia Bar No. 713110
> TISINGER VANCE, P.C.
> 100 Wagon Yard Plaza
> P.O. Box 2069
> Carrollton, Ga 30117
> rtisingerjr@tisingervance.com
>
> David Whittlesey
> Jacob Fields
> SHEARMAN & STERLING LLP
> 300 W. 6th Street, Suite 2250
> Austin, TX 78701
> david.whittlesey@shearman.com
> jacob.fields@shearman.com

*/s/ Joseph C. Sharp*
Joseph C. Sharp
Georgia Bar No. 637965