UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
NEWNAN DIVISION

| | |
|---|---|
| ITC BROADBAND HOLDINGS, LLC, <br><br> Plaintiff, <br><br> vs. <br><br> NEO FIBER, INC., <br><br> Defendant. | CIVIL ACTION FILE <br><br> NO. 3:22-cv-0128-TCB |

## J U D G M E N T

This action having come before the court, Honorable Timothy C. Batten, Sr., United States District Judge, for consideration of defendant's motion to dismiss, and the court having granted said motion to the extent that it declines to intervene, it is

**Ordered and Adjudged** that the action be, and the same hereby is, dismissed.

Dated at Newnan, Georgia, this 16th day of December, 2022.

KEVIN P. WEIMER
CLERK OF COURT

By:   s/ D. Barfield
        Deputy Clerk

Prepared, Filed, and Entered
in the Clerk's Office
December 16, 2022
Kevin P. Weimer
Clerk of Court

By:   s/ D. Barfield
        Deputy Clerk